UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JOSEPH PETER SALADINO,

        Plaintiff,                       **ORDER**

                                          19 CV 6334 (FB) (CLP)

    - against -

ALEXANDRIA OCASIO-CORTEZ,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**POLLAK, M.J.**

      The parties are directed to provide a status letter to this Court within thirty (30) days of the date of this Order.

      **SO ORDERED.**

Dated: Brooklyn, New York
         February 14, 2020

                                              /S/    **Cheryl Pollak**
                                       Cheryl L. Pollak
                                       Chief United States Magistrate Judge
                                       Eastern District of New York